```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JOSE PEREZ,                         :

          Petitioner,               :

                                    :      08 Civ. 6558 (JFK)
     -against-                             05 Cr. 0441 (JFK)
                                    :           ORDER
UNITED STATES OF AMERICA,
                                    :
          Respondent.
-----------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

The Court has received a petition from Jose Perez pursuant to Title 28 U.S.C. § 2255. The United States Attorney for the Southern District of New York is hereby directed to respond to the petition, a copy of which is enclosed, by September 26, 2008. Should the Petitioner choose to reply to the Government's submission, he must do so by October 17, 2008.

SO ORDERED.

Dated:     New York, New York
           August 18, 2008

*[signature]*
JOHN F. KEENAN
United States District Judge